UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Shelly Donahue**, | ) |
| Plaintiff, | ) Case No. 1:10-cv-75 |
| | ) Hon. Gordon J. Quist |
| v. | ) |
| **Valentine & Kebartas, Inc.**, | ) |
| a Massachusetts corporation, | ) |
| Defendant. | ) |

**Notice of Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Shelly Donahue, through her attorney of record, files this Notice of Dismissal, with defendant having served neither an answer nor a motion for summary judgment.

This action is dismissed with prejudice.

Dated: March 12, 2010

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com